UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIGIDO GALVEZ AGUILAR, on behalf of
himself, FLSA Collective Plaintiffs, and the class,

Plaintiff,

-against-

UNCOMMON GROUNDS ENTERPRISES, INC.
d/b/a DISHES, DISHES GROUP MANAGEMENT
CORP. d/b/a DISHES, CITY MINT, INC. d/b/a
DISHES, MINI MINT, INC. d/b/a DISHES, MINT
NO. 5, INC. d/b/a DISHES, MOSHE MALLUL,
and MARGARITA TALISMAN a.k.a MAGGIE
TALISMAN,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/9/2021__

21 Civ. 7856 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of the report of the mediator and the parties' letters dated December 8 and 9, 2021. ECF Nos. 31–33. By **December 14, 2021**, the parties shall file a joint letter indicating if the parties would like to be re-referred to the District's Mediation Program, attend a settlement conference before the Honorable James L. Cott, or discontinue alternative dispute resolution for the time being.

SO ORDERED.

Dated: December 9, 2021
    New York, New York

ANALISA TORRES
United States District Judge