```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/6/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIGIDO GALVEZ AGUILAR, on behalf of himself, FLSA Collective Plaintiffs, and the class,

                    Plaintiff,

-against-

UNCOMMON GROUNDS ENTERPRISES, INC. d/b/a DISHES, DISHES GROUP MANAGEMENT CORP. d/b/a DISHES, CITY MINT, INC. d/b/a DISHES, MINI MINT, INC. d/b/a DISHES, MINT NO. 5, INC. d/b/a DISHES, MOSHE MALLUL, and MARGARITA TALISMAN a.k.a MAGGIE TALISMAN,

                    Defendants.

21 Civ. 7856 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of the parties' stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the explanatory letter. ECF Nos. 43 & 47. The Court shall not sign a dismissal with prejudice that covers possible plaintiffs beyond Brigido Galvez Aguilar.

      By **January 13, 2022**, the parties shall either file a letter stating if they wish to withdraw their stipulation of voluntary dismissal and continue with the case or a revised stipulation of voluntary dismissal addressing the Court's concern noted above.

      SO ORDERED.

Dated: January 6, 2022
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge